IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.                            Case No. 6:14-cv-3009

RUSSELL NOVELL,
JAN NOVELL, and
MISSOURI DEPT. OF REVENUE,

    DEFENDANTS,

Russell Lee Novell, the man and real party        16 April 2014

    Respondent,

## RESPONSE TO PHONE CALL FROM MARK C. MILTON

1. Russell Lee Novell, the man and real party is an American National and lives on the land at 544 Four Mile Rd, Long Lane, Republic of Missouri which is not in the UNITED STATES.
2. At or about 12:50 PM, Wednesday, April 16, 2014, I, Russell Lee Novell, a man and American National, received a phone call from Mark C. Milton of the U.S. Department of justice. Milton asked me if I would be available for a conference call for scheduling concerning Case No: 6:14-cv-3009 to which I did not commit.
3. I, Russell Lee Novell, a man and American National, continue to rebut the presumption of jurisdiction in this civil matter until an actual contract or tort action has been properly initiated and facts are verified by declaration under penalties of perjury by a real party.
4. I, Russell Lee Novell, a man and American National, cannot participate since I, Russell Lee Novell, a man and American National, have not been enjoined to this action by the sufficiency of the pleadings by Mark C. Milton either by venue or contract.
5. I, Russell Lee Novell, the man and real party do NOT consent or volunteer to any jurisdiction of this administrative court unless and until jurisdiction is established and verified on the record beginning with venue by a real party according to the rules.
6. I, Russell Lee Novell, the man and real party requires the plaintiff to produce the written contract that the court presumes to be administering so that I may inspect it for authenticity and to determine any duties and obligations that I may have under said contract.

7. I, Russell Lee Novell, the man and real party hereby gives NOTICE that he reserves his right, at arm's length, not to be compelled to perform under any contract, commercial agreement or implied trust relationship that he did not enter knowingly, voluntarily and intentionally.
8. I, Russell Lee Novell, the man and real party transacts at arm's length with "this State" and does not accept the liability or duty of the compelled benefit of any unrevealed contract, commercial agreement or implied trust relationship.
9. Unless a real party takes responsibility for this action, I, Russell Lee Novell, a man and American National, will not be participating or interacting with any court actors.
10. I, Russell Lee Novell, the man and real party, verifies the above to be correct to the best of my knowledge and belief.

Respectfully,

*Russell Novell, American National*

PROOF OF SERVICE

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

Russell Lee Novell, a man and American National
c/o 544 Four Mile Road
Long Lane, Republic of Missouri

This is to affirm that I, **Russell Lee Novell**, your Affiant, am over the age of majority and personally have on this 16th day of April, 2014, caused the following documents:

1. One copy of: RESPONSE TO PHONE CALL FROM MARK C. MILTON, Case No: 6:14-cv-3009

to be faxed to:

Mark C. Milton
Trial Attorney, Tax Division
U.S. Department of justice
Fax No. (202) 514-6770

1. I also mailed one Original of RESPONSE TO PHONE CALL FROM MARK C. MILTON, Case No: 6:14-cv-3009 and:
2. One original Proof of Service

by Certified Mail No. 7009 3410 0001 6684 6513 addressed to:

United States District Court for the
Western District of Missouri
United States Courthouse
222 North John Q. Hammons Parkway
Springfield, Missouri 65806

I, Russell Lee Novell, a man and American National, swear that the above is true, correct, complete and certain, under penalty of perjury so help me God.

Signature of American National Affiant: _____