IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

PLAINTIFF,

v.  Case No. 6:14-cv-3009

RUSSELL NOVELL,
JAN NOVELL, and
MISSOURI DEPT. OF REVENUE,

DEFENDANTS,

Russell Lee Novell, the man and real party  16 April 2014

Respondent,

## RESPONSE TO COURT DOCUMENTS RECEIVED BY MAIL

1. Russell Lee Novell, the man and real party is an American National and lives on the land at 544 Four Mile Rd, Long Lane, Republic of Missouri which is not in the UNITED STATES.
2. Russell Lee Novell, the man and real party does NOT consent or volunteer to any jurisdiction of this administrative court unless and until jurisdiction is established and verified on the record beginning with venue.
3. Russell Lee Novell, the man and real party, still finds that the plaintiff lacks venue [cf. 4 USC § 72]
4. Russell Lee Novell, the man and real party requires the plaintiff to produce the written contract that the court presumes to be administering so that I may inspect it for authenticity and to determine any duties and obligations that I may have under said contract.
5. Russell Lee Novell, the man and real party hereby gives NOTICE that he reserves his right, at arm's length, not to be compelled to perform under any contract, commercial agreement or implied trust relationship that he did not enter knowingly, voluntarily and intentionally.
6. Russell Lee Novell, the man and real party transacts at arm's length with "this State" and does not accept the liability or duty of the compelled benefit of any unrevealed contract, commercial agreement or implied trust relationship.
7. Russell Lee Novell, the man and real party, has reviewed Case No. 6:14-cv-03009, and finds still no proper verification or sworn statement by the plaintiff and therefore plaintiff continues to fail to enjoin Russell Lee Novell, the man and real party by the sufficiency of plaintiff's pleadings.

8. Russell Lee Novell, the man and real party finds that since plaintiff has not enjoined Russell Lee Novell, the man and real party, he must return the court documents to avoid the penalty of false impersonation.[18 USC 911]
9. Russell Lee Novell, the man and real party moves the court to dismiss Case No. 6:14-cv-03009 with Prejudice as Plaintiffs compliant is arbitrary and capricious and fails to state a Claim upon witch relief may be granted [cf. federal Rule 12(b)(6)].
10. Russell Lee Novell, the man and real party verifies the above to be correct to the best of his knowledge and belief.

Respectfully,

*Russell Novell, American National*

PROOF OF SERVICE

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

Russell Lee Novell, a man and American National
c/o 544 Four Mile Road
Long Lane, Republic of Missouri

This is to affirm that I, **Russell Lee Novell**, your Affiant, am over the age of majority and personally have on this 16th day of April, 2014, caused the following documents:

1. One copy of: RESPONSE TO COURT DOCUMENTS RECEIVED BY MAIL, Case No: 6:14-cv-3009

to be placed in an a box and mailed by Certified Mail No. 7009 3410 0001 6684 0537 addressed to:

Mark C. Milton
Trial Attorney, Tax Division
U.S. Department of justice
P.O. Box 7238, Ben Franklin Station
Washington D.C, 20044

1. I also mailed one Original of RESPONSE TO COURT DOCUMENTS RECEIVED BY MAIL, Case No: 6:14-cv-3009 and:
2. One original NOTICE OF MAGISTRATE JUDGE ASSIGNMENT, Case No: 6:14-cv-3009 Returned with this mailing- 2 Pages
3. One original Proof of Service

by Certified Mail No. 7009 3410 0001 6684 0520 addressed to:

United States District Court for the
Western District of Missouri
United States Courthouse
222 North John Q. Hammons Parkway
Springfield, Missouri 65806

I, Russell Lee Novell, a man and American National, swear that the above is true, correct, complete and certain, under penalty of perjury so help me God.

Signature of American National Affiant: *[signature]*